UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZUBEARU BETTIS,

                      Plaintiff,

         -against-

PUTNAM COUNTY CORRECTIONAL FACILITY, ET AL.,

                      Defendants.

21-CV-5208 (CS)

ORDER

CATHY SEIBEL, United States District Judge:

      On November 29, 2023, Defendants filed a motion for summary judgment and mailed the motion to Plaintiff at Bronx Community RRC – his address of record at the time. (*See* ECF Nos. 69, 74.) On February 9, 2024, Defendants informed the Court that Plaintiff had not opposed the motion by the Court's deadline of January 4, 2024, and that they had not otherwise heard from him. (*See* ECF No. 75.) The Court endorsed Defendants' letter on February 12 indicating that, according to the Bureau of Prisons Inmate Lookup tool, Plaintiff was now at MDC Brooklyn. (*See* ECF No. 76.) The Court instructed Defendants to resend the motion papers to Plaintiff at MDC Brooklyn and ordered that Plaintiff would have until March 8, 2024 to oppose the motion, and if he does not, the motion would be deemed fully submitted. (*See id.*) The Court instructed the Clerk of Court to send a copy of the memo endorsement to Plaintiff at MDC Brooklyn. (*See id.*)

      Defendants resent the motion papers to Plaintiff at MDC Brooklyn, (*see* ECF No. 77), but the Clerk of Court mailed the Court's memo endorsement to Bronx Community RRC instead of MDC Brooklyn, (*see* Mailing Receipt dated Feb. 14, 2024). As Plaintiff did not receive the Court's February 12 endorsement, (*see* Docket Entry dated April 1, 2024), the Court will give Plaintiff four more weeks to oppose Defendants' motion. Plaintiff shall have until July 19, 2024

to oppose, and no further extensions will be granted. If he does not oppose by July 19, 2024, the motion will be deemed fully submitted and no later-filed opposition will be considered. If he does, Defendants may have until August 2, 2024 to reply. Mr. Randazzo shall resend the motion papers to Plaintiff at 1760 Watson Ave, Apt. 2G, Bronx, NY, 10472.

## CONCLUSION

The Clerk of Court is respectfully directed to send a copy of this Order to Zubearu Bettis, 1760 Watson Ave, Apt. 2G, Bronx, NY, 10472.

SO ORDERED.

Dated:   June 20, 2024
         White Plains, New York

_____
CATHY SEIBEL
United States District Judge