UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ZUBEARU BETTIS,

                    Petitioner,

-against-                                    21 **CIVIL** 5208 (CS)

## JUDGMENT

SGT. M. VILLANI, C.O. LOTTS, and RAYMOND
ST. AUBURN,

                    Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 23, 2024, Defendants' motion is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

       September 23, 2024

                                                                    **DANIEL ORTIZ**
                                                                  **Acting Clerk of Court**

                                            **BY:**
                                                                        **Deputy Clerk**